Opinion issued June 4, 2009










In The

Court of Appeals

For The

First District of Texas






NO. 01-07-01112-CV






FINIS L. TAYLOR, Appellant


V.


GULF BAYPORT CHEMICALS, L.P., Appellee






On Appeal from the 215th District Court

Harris County, Texas

Trial Court Cause No. 2006-23064






MEMORANDUM OPINION Appellant, Finis L. Taylor, has failed to timely file a brief. See Tex. R. App.
P. 38.8(a) (failure of appellant to file brief). By order of a Justice of this Court,
appellant's brief was struck on April 8, 2009, and appellant was advised that the
deadline to file a brief compliant with Texas Rule of Appellate Procedure 38.1 would
be April 22, 2009. That date has passed, and appellant has not filed a conforming
brief.

 We dismiss the appeal for want of prosecution for failure to file a brief. See
Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case for failure to comply
with a court order). All pending motions are denied.

PER CURIAM

Panel consists of Justices Jennings, Alcala, and Higley.